**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |
|---|
| L.S., ET AL, |
| Plaintiffs, |
| -against- |
| N.Y.C. PUBLIC SCHOOLS, |
| Defendant. |

24-cv-9403 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    July 8, 2025
          New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**